Joe G. MURRAH et ux., Plaintiffs-
Appellants,

v.

FIRE INSURANCE EXCHANGE,
Defendant-Appellee.

No. 72–3814

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

May 16, 1973.

James E. Davis, Texarkana, Ark., for
plaintiffs-appellants.

Bun L. Hutchinson, Texarkana, Tex.,
for defendant-appellee.

Before THORNBERRY, GOLDBERG
and RONEY, Circuit Judges.

PER CURIAM:

After this action on a fire insurance
policy had been pending for fifteen
months, plaintiff failed to have repre-
sentation at a pretrial conference, the
Court having granted an earlier motion
for the withdrawal of counsel. The
Court ordered that the case would be
dismissed at a time certain unless prior
thereto the plaintiffs showed good cause
why the case should not be dismissed.
No cause was shown. The case was dis-
missed for want of prosecution. We find
no abuse of discretion on the part of the
trial court.

Affirmed.